IN THE UNITED STATES DISTRICT COURT
FOR THE SOURTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | | |
|---|---|---|---|
| VIVIAN SAENZ | § | | |
| | § | CIVIL ACTION NO. 7:15-cv-218 | |
| vs. | § | | |
| | § | JURY DEMANDED | |
| ADIZJON RAZIKOV, Individually, | § | | |
| RYDER TRUCK RENTAL, INC., and | § | | |
| ROADTEX TRANSPORTATION | § | | |
| CORPORATION | § | | |

_____

**INDEX OF STATE COURT DOCUMENTS**

| TAB | DOCUMENT | DATE |
|---|---|---|
| 1. | Plaintiff's Original Petition | 03/26/2015 |
| 2. | Civil Docket Sheet | 03/26/2015 |
| 3. | Issued Citation – Adizjon Razikov | 04/02/2015 |
| 4. | Issued Citation – Ryder Truck Rental, Inc. | 04/02/2015 |
| 5. | Return of Service – Adizjon Razikov | 04/14/2015 |
| 6. | Return of Service – Ryder Truck Rental, Inc. | 04/15/2015 |
| 7. | Defendant Adizjon Razikov's Original Answer to Plaintiff's Original Petition with Request for Jury Trial | 05/01/2015 |
| 8. | Defendant Ryder Truck Rental, Inc.'s Original Answer to Plaintiff's Original Petition | 05/04/2015 |
| 9. | Defendant Ryder Truck Rental, Inc.'s Demand for Jury Trial | 05/04/2015 |

Electronically Filed
3/26/2015 3:12:35 PM
Hidalgo County District Clerks
Reviewed By: Alexis Bonilla

NO. **C-1278-15-H**

| | | |
|---|---|---|
| **VIVIAN SAENZ**<br>**Plaintiff,** | § | **IN THE DISTICT COURT** |
| | § | |
| | § | |
| **V.** | § | **AT LAW NO.** _____ |
| | § | |
| **ADIZJON RAZIKOV, Individually,** | § | |
| **RYDER TRUCK RENTAL, INC., and** | § | |
| **ROADTEX TRANSPORTATION** | § | |
| **CORPORATION** | § | |
| **Defendants.** | § | **HIDALGO COUNTY, TEXAS** |

## PLAINTIFF'S ORIGINAL PETITION

**TO THE HONORABLE JUDGE OF SAID COURT:**

    **NOW COMES VIVIAN SAENZ,** hereinafter called Plaintiff, complaining of and about Adizjon Razikov, Individually, Ryder Truck Rental, Inc. and Roadtex Transportation Corporation hereinafter called Defendants, and for cause of action shows unto the Court the following:

### DISCOVERY CONTROL PLAN LEVEL

    1.    Plaintiff intends that discovery be conducted under Discovery Level 2.

### PARTIES AND SERVICE

    2.    Plaintiff, VIVIAN SAENZ, is an Individual whose address is 3210 Knights Ave., Edinburg, Texas 78539.

    3.    Defendant ADIZJON RAZIKOV, an Individual who is a resident of New York, may be served with process at his home at the following address: 26 Ebbitts St. Apt # 5C, Staten Island, New York. Service of said Defendant as described above can be effected by certified mail, return receipt requested.

    4.    Defendant RYDER TRUCK RENTAL, INC., defendant, a Corporation based in

TAB 1

Electronically Filed
3/26/2015 3:12:35 PM
Hidalgo County District Clerks
Reviewed By: Alexis Bonilla

**C-1278-15-H**

Texas, is organized under the laws of the State of Texas, and service of process on the Defendant may be effected pursuant to sections 5.201 and 5.255 of the Texas Business Organizations Code, by serving the registered agent of the corporation, Corporate Creations Network, Inc., at 4265 San Felipe #1100, Houston, Texas 77027, its registered office. Service of said Defendant as described above can be effected by certified mail, return receipt requested.

5.     Defendant ROADTEX TRANSPORTATION CORPORATION, defendant, a Corporation based in New Jersey, is organized under the laws of the State of Texas, and service of process on the Defendant may be effected pursuant to sections 5.201 and 5.255 of the Texas Business Organizations Code, by serving the registered agent of the corporation, John Cucevas at 127 Cimarron Trail Apt 2173, Irving, Texas 75063, its registered office. Service of said Defendant as described above can be effected by certified mail, return receipt requested.

## JURISDICTION AND VENUE

6.     The subject matter in controversy is within the jurisdictional limits of this court.

7.     Plaintiff seeks:

    a.     monetary relief over $200,000 but not more than $1,000,000.

8.     This court has jurisdiction over the parties because all or a substantial part of the events or omissions giving rise to this lawsuit occurred in this county.

9.     Venue in HIDALGO County is proper in this cause under Section 15.002(a)(1) of the Texas Civil Practice and Remedies Code because all or a substantial part of the events or omissions giving rise to this lawsuit occurred in this county.

## FACTS

10.     On or about April 4, 2013, at about 3:55 p.m., Plaintiff, Vivian Saenz, was operating a 2004 Tan Chevrolet Suburban in Pharr, Hidalgo County, Texas, in a reasonable and

Electronically Filed
3/26/2015 3:12:35 PM
Hidalgo County District Clerks
Reviewed By: Alexis Bonilla

**C-1278-15-H**

prudent manner, exercising ordinary care for her safety and the safety of others. Plaintiff slowed down for traffic and Defendant, Adizjon Razikov, as an employee, acting within the course and scope of employment for Defendant, Roadtex Transportation Corporation, failed to control his speed and struck Plaintiff from behind. Defendant, Roadtex Transportation Corporation, leased the 2012 Volvo tractor and trailer from Defendant, Ryder Truck Rentals, Inc. Defendant, Ryder Truck Rentals, Inc., was the owner of the 2012 Volvo Tractor and trailer which Defendant, Adizjon Razikov, was operating at the time of incident.

## PLAINTIFF'S
## CLAIM OF NEGLIGENCE AGAINST ADIZJON, RAZIKOV

11.     Defendant, Adizjon Razikov, had a duty to exercise the degree of care that a reasonably careful person would use to avoid harm to others under circumstances similar to those described herein.

12.     Plaintiff's injuries were proximately caused by Defendant, Adizjon Razikov's, negligent, careless and reckless disregard of said duty.

13.     The negligent, careless and reckless disregard of duty of Defendant, Adizjon Razikov, consisted of, but is not limited to, the following acts and omissions:

> A.     In that Defendant, Adizjon Razikov, failed to maintain a clear and reasonable distance between Plaintiff's motor vehicle and Defendant, Adizjon Razikov's, motor vehicle which would permit Defendant, Adizjon Razikov, to bring his motor vehicle to a safe stop without colliding into Plaintiff's motor vehicle;
>
> B.     In that Defendant, Adizjon Razikov, failed to keep such distance away from Plaintiff's motor vehicle as a person using ordinary prudent care would have done;
>
> C.     In that Defendant, Adizjon Razikov, was operating his motor vehicle at a rate of speed which was greater than that would have been operated by a person of ordinary prudence under the same or similar circumstances; and

Electronically Filed
3/26/2015 3:12:35 PM
Hidalgo County District Clerks
Reviewed By: Alexis Bonilla

**C-1278-15-H**

D.    In that Defendant, Adizjon Razikov, failed to apply his brakes to his motor vehicle.

## PLAINTIFF'S CLAIM OF RESPONDEAT
## SUPERIOR AGAINST ROADTEX TRANSPORTATION CORPORATION

14. At the time of the occurrence of the act in question and immediately prior thereto, Defendant, Adizjon Razikov, was within the course and scope of employment for Defendant, Roadtex Transportation Corporation.

15. At the time of the occurrence of the act in question and immediately prior thereto, Defendant, Adizjon Razikov, was engaged in the furtherance of Defendant, Roadtex Transportation Corporation's, business.

16. At the time of the occurrence of the act in question and immediately prior thereto, Defendant, Adizjon Razikov, was engaged in accomplishing a task for which Defendant, Adizjon Razikov, was employed.

17. Plaintiff invokes the doctrine of Respondeat Superior as against Defendant, Roadtex Transportation Corporation.

## PLAINTIFF'S CLAIM OF
## NEGLIGENT ENTRUSTMENT AGAINST
## RYDER TRUCK RENTAL, INC.

18. On April 4, 2013, Defendant, RYDER TRUCK RENTAL, INC., was the owner of the vehicle operated by Defendant, Adizjon Razikov.

19. Defendant, RYDER TRUCK RENTAL, INC., entrusted the vehicle to Defendant, Adizjon Razikov, driver.

20. Defendant, Adizjon Razikov, was an incompetent and/or reckless driver.

21. Defendant, RYDER TRUCK RENTAL, INC., knew, or through the exercise of reasonable care should have known, that Defendant, Adizjon Razikov, was an incompetent

Electronically Filed
3/26/2015 3:12:35 PM
Hidalgo County District Clerks
Reviewed By: Alexis Bonilla

**C-1278-15-H**

and/or reckless driver.

22.  As described herein, Defendant, Adizjon Razikov, was negligent on the occasion in question.

23.  Defendant, Adizjon Razikov's, negligence was the proximate cause of Plaintiff's damages.

## DAMAGES FOR PLAINTIFF, VIVIAN SAENZ

24.   As a direct and proximate result of the occurrence made the basis of this lawsuit, Plaintiff, VIVIAN SAENZ was caused to suffer back pain, neck pain, left shoulder pain and headaches, and to incur the following damages:

A.   Reasonable medical care and expenses in the past.  These expenses were incurred by Plaintiff, VIVIAN SAENZ for the necessary care and treatment of the injuries resulting from the accident complained of herein and such charges are reasonable and were usual and customary charges for such services in HIDALGO County, Texas;

B.   Reasonable and necessary medical care and expenses which will in all reasonable probability be incurred in the future;

C.   Physical pain and suffering in the past;

D.   Physical pain and suffering in the future;

E.   Physical impairment in the past;

F.   Physical impairment which, in all reasonable probability, will be suffered in the future;

G.   Loss of earnings in the past;

H.   Loss of earning capacity which will, in all probability, be incurred in the future;

I.   Loss of Consortium in the past, including damages to the family relationship, loss of care, comfort, solace, companionship, protection, services, and/or physical relations;

J.   Mental anguish in the past;

Electronically Filed
3/26/2015 3:12:35 PM
Hidalgo County District Clerks
Reviewed By: Alexis Bonilla

**C-1278-15-H**

K.      Mental anguish in the future;

L.      Fear of future disease or condition; and

M.      Cost of medical monitoring and prevention in the future.

**PRAYER**

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff, VIVIAN SAENZ, respectfully prays that the Defendants be cited to appear and answer herein, and that upon a final hearing of the cause, judgment be entered for the Plaintiff against Defendants for damages in an amount within the jurisdictional limits of the Court; together with pre-judgment interest (from the date of injury through the date of judgment) at the maximum rate allowed by law; post-judgment interest at the legal rate, costs of court; and such other and further relief to which the Plaintiff may be entitled at law or in equity.

Respectfully submitted,

GARCIA QUINTANILLA & PALACIOS
5526 N. 10th St.
McAllen, Tx 78504
Tel. (956) 682-9477
Fax. (956) 682-0223

By: _____
TORIBIO "TERRY" PALACIOS
Texas Bar No. 15423050
AUDRA PALACIOS CRUZ
Texas Bar No. 24078384
Email: audra@gqplaw.com
Attorney for Plaintiff
VIVIAN SAENZ

# CASE SUMMARY
## CASE NO. C-1278-15-H

| | | | |
|---|---|---|---|
| Vivian Saenz | § | Location: | **389th District Court** |
| VS. | § | Judicial Officer: | **Lopez, Letty** |
| **Adizjon Razikov, Ryder Truck Rental, Inc. and Roadtex** | § | Filed on: | **03/26/2015** |
| **Transportation Corporation** | § | | |

---

### CASE INFORMATION

| | |
|---|---|
| Case Type: | **Injury or Damage - Motor Vehicle (OCA)** |

---

| DATE | CASE ASSIGNMENT |
|---|---|

**Current Case Assignment**

| | |
|---|---|
| Case Number | C-1278-15-H |
| Court | 389th District Court |
| Date Assigned | 03/26/2015 |
| Judicial Officer | Lopez, Letty |

---

### PARTY INFORMATION

| | | *Lead Attorneys* |
|---|---|---|
| **Plaintiff** | **Saenz, Vivian** | **Cruz, Audra Palacios** |
| | | *Retained* |
| | | 956-682-9477(W) |
| | | |
| **Defendant** | **Razikov, Adizjon** | **SAENZ, CARLA M.** |
| | | *Retained* |
| | | 956-541-2862(W) |
| | | |
| | **Roadtex Transportation Corporation** | |
| | | |
| | **Ryder Truck Rental, Inc.** | **SAENZ, CARLA M.** |
| | | *Retained* |
| | | 956-541-2862(W) |

---

| DATE | EVENTS & ORDERS OF THE COURT | INDEX |
|---|---|---|
| 09/25/2015 | **Tickler** (6:00 PM) (Judicial Officer: Lopez, Letty) | |
| 05/05/2015 | Request<br>*Letter Request for Copies* | |
| 05/04/2015 | Answer<br>Party:  Defendant  Ryder Truck Rental, Inc.<br>*DEFENDANT RYDER TRUCK RENTAL, INC.'S ORIGINAL ANSWER TO PLAINTIF'S ORIGINAL PETITION* | |
| 05/04/2015 | Jury Demand<br>Party:  Defendant  Ryder Truck Rental, Inc.<br>*DEFENDANT RYDER TRUCK RENTAL, INC.'S DEMAND FOR JURY TRIAL* | |
| 05/01/2015 | Answer<br>Party:  Defendant  Razikov, Adizjon<br>*Defendant Adizjon Razikov's Original Answer to Plaintiff's Original Petition* | |
| 04/02/2015 | Service Issued<br>*citation* | |

TAB 2

389TH DISTRICT COURT

# CASE SUMMARY
## CASE NO. C-1278-15-H

| | |
|---|---|
| 04/02/2015 | **Citation By Certified Mail** |
| | Razikov, Adizjon |
| | Served: 04/14/2015 |
| | Ryder Truck Rental, Inc. |
| | Served: 04/15/2015 |
| | Roadtex Transportation Corporation |
| | Unserved |
| | *(3) by cert mail* |
| 04/02/2015 | Clerk's Entry |
| | *CALLED ATTY NEED COPIES OF PET. FOR CERT MAIL. PR* |
| 03/26/2015 | Original Petition (OCA) |
| | *Plaintiff's Original Petition* |

| DATE | FINANCIAL INFORMATION |
|---|---|

| | |
|---|---|
| **Defendant** Razikov, Adizjon | |
| Total Charges | 42.00 |
| Total Payments and Credits | 42.00 |
| **Balance Due as of 5/8/2015** | **0.00** |
| | |
| **Defendant** Ryder Truck Rental, Inc. | |
| Total Charges | 34.00 |
| Total Payments and Credits | 34.00 |
| **Balance Due as of 5/8/2015** | **0.00** |
| | |
| **Plaintiff** Saenz, Vivian | |
| Total Charges | 543.00 |
| Total Payments and Credits | 543.00 |
| **Balance Due as of 5/8/2015** | **0.00** |

*Printed on 05/08/2015 at 8:44 AM*

Electronically Filed
5/8/2015 10:56:06 AM
Hidalgo County District Clerks
Reviewed By: Priscilla Rivas

**C-1278-15-H**
**389TH DISTRICT COURT, HIDALGO COUNTY, TEXAS**

---

**CITATION**

---

**THE STATE TEXAS**

**NOTICE TO DEFENDANT**: You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty (20) days after you were served this citation and petition, a default judgment may be taken against you.

**Adizjon Razikov**
**26 Ebbitts St Apt #5C**
**Staten Island NY  10306**

You are hereby commanded to appear by filing a written answer to the PLAINTIFF'S ORIGINAL PETITION at or before 10:00 o'clock a.m on the Monday next after the expiration of twenty (20) days after the date of service hereof, before the Honorable 389th District Court of Hidalgo County, Texas at the Courthouse, 100 North Closner, Edinburg, Texas 78539.

Said Petition was filed on the on this the 26th day of March, 2015 and a copy of same accompanies this citation.  The file number and style of said suit being, **C-1278-15-H, VIVIAN SAENZ   VS.   ADIZJON RAZIKOV, RYDER TRUCK RENTAL, INC. AND ROADTEX TRANSPORTATION CORPORATION**

Said Petition was filed in said court by Attorney Audra Palacios Cruz, 5526 N Tenth McAllen TX  78504.

The nature of the demand is fully shown by a true and correct copy of the petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

**ISSUED AND GIVEN UNDER MY HAND AND SEAL** of said Court at Edinburg, Texas on this the 2nd day of April, 2015.

**LAURA HINOJOSA, DISTRICT CLERK**
**HIDALGO COUNTY, TEXAS**

**PRISCILLA RIVAS DEPUTY CLERK**

TAB 3

Electronically Filed
5/8/2015 10:56:06 AM
Hidalgo County District Clerks
Reviewed By: Priscilla Rivas

**CERTIFIED MAIL  70142120000342599414**

## CERTIFICATE OF RETURN
## UNDER RULES 103 T.R.C.P.

This is to certify that on this the 2nd day of April, 2015 I, Priscilla Rivas, Deputy Clerk of the 389th District Court of Hidalgo County, Texas mailed to the defendant in Cause Number C-1278-15-H, Vivian Saenz  VS.  Adizjon Razikov, Ryder Truck Rental, Inc. and Roadtex Transportation Corporation a copy of the citation along with a copy of the petition by certified mail return receipt requested.  Return receipt was returned on the _____ day of _____, 201___ (or unserved for the reason on the certificate return) _____.

**GIVEN UNDER MY HAND AND SEAL OF SAID COURT**, at office in Edinburg, Texas on this the 2nd day of April, 2015.

**LAURA HINOJOSA, DISTRICT CLERK**
**HIDALGO COUNTY, TEXAS**

COPY

**PRISCILLA RIVAS, DEPUTY CLERK**

## COMPLETE IF YOU ARE PERSON OTHER THAN A SHERIFF,
## CONSTABLE OR CLERK OF THE COURT

In accordance to Rule 107, the officer or authorized person who serves or attempts to serve a citation must sign the return.  If the return is signed by a person other than a sheriff, constable or the clerk of the court, the return must either be verified or be signed under the penalty of perjury.  A return signed under penalty of perjury must contain the statement below in substantially the following form:

"My name is _____, my date of birth is _____ and the address is _____,and I declare under penalty of perjury that the foregoing is true and correct.

**EXECUTED** in _____County, State of Texas, on the _____ day of _____, 20_____.

_____
**Declarant"**

_____
**If Certified by the Supreme Court of Texas**
**Date of Expiration / SCH Number**

Electronically Filed
5/8/2015 10:56:06 AM
Hidalgo County District Clerks
Reviewed By: Priscilla Rivas

C-1278-15-H
**389TH DISTRICT COURT, HIDALGO COUNTY, TEXAS**

---

**CITATION**

---

**THE STATE TEXAS**

**NOTICE TO DEFENDANT**: You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty (20) days after you were served this citation and petition, a default judgment may be taken against you.

**Ryder Truck Rental, Inc.**
**Registered agent: Corporate Creations Network, Inc**
**4265 San Felipe #1100**
**Houston TX  77027**

You are hereby commanded to appear by filing a written answer to the PLAINTIFF'S ORIGINAL PETITION at or before 10:00 o'clock a.m on the Monday next after the expiration of twenty (20) days after the date of service hereof, before the Honorable 389th District Court of Hidalgo County, Texas at the Courthouse, 100 North Closner, Edinburg, Texas 78539.

Said Petition was filed on the on this the 26th day of March, 2015 and a copy of same accompanies this citation.  The file number and style of said suit being, **C-1278-15-H, VIVIAN SAENZ  VS.  ADIZJON RAZIKOV, RYDER TRUCK RENTAL, INC. AND ROADTEX TRANSPORTATION CORPORATION**

Said Petition was filed in said court by Attorney Audra Palacios Cruz, 5526 N Tenth McAllen TX  78504.

The nature of the demand is fully shown by a true and correct copy of the petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

**ISSUED AND GIVEN UNDER MY HAND AND SEAL** of said Court at Edinburg, Texas on this the 2nd day of April, 2015.

**LAURA HINOJOSA, DISTRICT CLERK**
**HIDALGO COUNTY, TEXAS**

_____
**PRISCILLA RIVAS DEPUTY CLERK**

TAB 4

Electronically Filed
5/8/2015 10:56:06 AM
Hidalgo County District Clerks
Reviewed By: Priscilla Rivas

**CERTIFIED MAIL  70142120000342599421**

## CERTIFICATE OF RETURN
## UNDER RULES 103 T.R.C.P.

This is to certify that on this the 2nd day of April, 2015 I, Priscilla Rivas, Deputy Clerk of the 389th District Court of Hidalgo County, Texas mailed to the defendant in Cause Number C-1278-15-H, Vivian Saenz  VS.  Adizjon Razikov, Ryder Truck Rental, Inc. and Roadtex Transportation Corporation a copy of the citation along with a copy of the petition by certified mail return receipt requested.  Return receipt was returned on the _____ day of _____, 201___ (or unserved for the reason on the certificate return) _____.

**GIVEN UNDER MY HAND AND SEAL OF SAID COURT**, at office in Edinburg, Texas on this the 2nd day of April, 2015.

**LAURA HINOJOSA, DISTRICT CLERK**
**HIDALGO COUNTY, TEXAS**

COPY

**PRISCILLA RIVAS, DEPUTY CLERK**

### COMPLETE IF YOU ARE PERSON OTHER THAN A SHERIFF,
### CONSTABLE OR CLERK OF THE COURT

In accordance to Rule 107, the officer or authorized person who serves or attempts to serve a citation must sign the return.  If the return is signed by a person other than a sheriff, constable or the clerk of the court, the return must either be verified or be signed under the penalty of perjury.  A return signed under penalty of perjury must contain the statement below in substantially the following form:

"My name is _____, my date of birth is _____ and the address is _____,and I declare under penalty of perjury that the foregoing is true and correct.

**EXECUTED** in _____County, State of Texas, on the _____ day of _____, 20_____.

_____
**Declarant"**

_____
**If Certified by the Supreme Court of Texas**
**Date of Expiration / SCH Number**

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

ADIZJON RAZIKOV
26 EBBITTS ST APT #5C
STATEN ISLAND NY 10306

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X

☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

   C-1278-15-11

3. Service Type
   ☐ Certified Mail®    ☐ Priority Mail Express™
   ☐ Registered         ☐ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer    7014 2120 0003 4259 9414

PS Form 3811, July 2013          Domestic Return Receipt

TAB 5



UNITED STATES POSTAL SERVICE

NEW YORK

14 APR '15

PM 16 L

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**FILED**

● Sender: Please print your name, address, and ZIP+4● in this box●

AT_____ O'CLOCK_____ M

APR 2 0 2015

LAURA HINOJOSA, CLERK
District Courts, Hidalgo County

Hidalgo County
District Clerk_____Deputy #39
P.O. Box 87
Edinburg, TX 78540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Registered Agent: Corporate

RYDER TRUCK RENTAL, INC.
4265 SAN FELIPE #1100
HOUSTON TX 77027

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _PMD_                      ☐ Agent
                             ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

Kathy Nurebza                 4/10/15

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:          ☐ No

Creations Network
C-1278-15-H

3. Service Type
   ☑ Certified Mail®        ☐ Priority Mail Express™
   ☐ Registered            ☐ Return Receipt for Merchandise
   ☐ Insured Mail          ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)      ☐ Yes

2. Article Number
   (Transfer from service label)   7014 2120 0003 4259 9421

PS Form 3811, July 2013        Domestic Return Receipt

TAB 6

UNITED STATES HOUSTON
TX 773

15 APR '15
PM 2 L

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

Hidalgo County
Dist. Clerk
P.O. Box 87
Edinburg TX 78540

**FILED**

AT ___ O'CLOCK ___ M

APR 2 0 2015

LAURA HINOJOSA, CLERK
District Courts, Hidalgo County
By _____
Deputy#39

Electronically Filed
5/1/2015 2:39:18 PM
Hidalgo County District Clerks
Reviewed By: Priscilla Rivas

CAUSE NO.: C-1278-15-H

| | | |
|---|---|---|
| VIVIAN SAENZ | § | IN THE DISTRICT COURT |
| | § | |
| vs. | § | |
| | § | |
| ADIZJON RAZIKOV, Individually, | § | 389TH JUDICIAL DISTRICT |
| RYDER TRUCK RENTAL, INC., and | § | |
| ROADTEX TRANSPORTATION | § | |
| CORPORATION | § | HIDALGO COUNTY, TEXAS |

## DEFENDANT ADIZJON RAZIKOV'S
## ORIGINAL ANSWER TO PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW **ADIZJON RAZIKOV**, Defendant, in the above-entitled and numbered cause, and files this, his Original Answer to Plaintiff's Original Petition, and would show the Court the following:

## I.

### GENERAL DENIAL

Defendant Adizjon Razikov denies each and every, all and singular allegations contained in Plaintiff's Original Petition and demands strict proof thereof.

## II.

### AFFIRMATIVE DEFENSES

Defendant alleges that if Plaintiff was injured as alleged, which is not admitted but is expressly denied, such injuries were caused or contributed to, in whole or in part, by a party for whom Defendant is not responsible. Defendant reserves its right to submit all persons or entities, known or unknown, including Plaintiff, shown by the evidence as being responsible for their proportionate share of responsibility under Texas Civil Practice & Remedies Code Ch. 33,

TAB 7

Electronically Filed
5/1/2015 2:39:18 PM
Hidalgo County District Clerks
Reviewed By: Priscilla Rivas

whether the result of their contributory negligence, assumption of the risk, or any other breach of a legal standard permitted under the statute.

Defendant further affirmatively alleges that the acts or omissions of Plaintiff may constitute negligence, and may have been the sole proximate cause of the accident and injuries complained of in this lawsuit.

Defendant further invokes the provisions of §33.001 of the Texas Civil Practice & Remedies Code. In this case, Defendant alleges that the negligence of Plaintiff is fifty-one percent (51%) or greater, and therefore, no damages may be recovered from Defendant.

Defendant further invokes the provisions of §33.013 of the Texas Civil Practices & Remedies Code in the unlikely event that liability is established by Plaintiff in this cause.

Defendant invokes its legal right to a reduction of any dollar verdict which may be rendered in this cause by credit for payments made by Plaintiff or other persons or entities, or by percentage reductions to which Defendant would be entitled as a result of jury findings against Plaintiff or parties other than the undersigned Defendant, including co-defendants. In this connection, Defendant reserves the right to submit issues against parties, including but not limited to Plaintiff, as well as any other responsible third party who may be present in this case or absent from the case at the time the matter is passed to the jury for fact determinations.

Defendant further specifically denies that it is liable for prejudgment interest in this cause of action as pled by Plaintiff, in a good faith argument for the modification or reversal of existing law.

Defendant affirmatively pleads that the claims of Plaintiff may be barred, in whole or in part, due to the comparative negligence of Plaintiff in that he may have failed to exercise ordinary care, caution and prudence to avoid the incident and injuries at issue. Plaintiff's acts and

Electronically Filed
5/1/2015 2:39:18 PM
Hidalgo County District Clerks
Reviewed By: Priscilla Rivas

omissions, whether taken together or separately, proximately caused the injuries to Plaintiff as alleged.

Defendant hereby pleads the limitation on recoverable damages concerning Plaintiff's medical or health care expenses, if any, to the amount actually paid by or incurred on behalf of the Plaintiff pursuant to §41.0105 of the Texas Civil Practice and Remedies Code.

## III.

## DEMAND FOR JURY TRIAL

Defendant demands a trial by jury pursuant to TEX. R. CIV. P. 216 and tenders the jury fee.

## IV.

## PRAYER

WHEREFORE, PREMISES CONSIDERED Defendant ADIZJON RAZIKOV prays that Plaintiff's Petition be dismissed at her cost; and for such other and further relief to which this Defendant may be entitled, either at law or in equity.

Respectfully submitted,

**SAENZMARTINEZ, PLLC**
1206 E. Van Buren Street
Brownsville, Texas 78520
(956) 621-7562
(956) 621-7563 (Fax)
carla@saenzmartinez.com

By: _Carla P. Martinez_
CARLA SAENZ MARTINEZ
State Bar No.: 17514595

*Attorney for Defendant*
*Adizjon Razikov*

*Defendant Adizjon Razikov's Original Answer*  |  3

Electronically Filed
5/1/2015 2:39:18 PM
Hidalgo County District Clerks
Reviewed By: Priscilla Rivas

## CERTIFICATE OF SERVICE

A copy of the above document was served on this  1st  day of May, 2015, by delivering a copy of the above to the attorney for Plaintiff in accordance with Tex. R. Civ. P. 21a.

☒ Facsimile   ☒ E-Mail   ☐ First Class Mail   ☐ Hand-Delivery   ☐ CM-RRR

Mr. Toribio "Terry" Palacios
Ms. Audra Palacios Cruz
**GARCIA QUINTANILLA & PALACIOS**
5526 N. 10th Street
McAllen, TX 78504
Email: audra@gqplaw.com

*Attorney for Plaintiff*

CARLA SAENZ MARTINEZ

Electronically Filed
5/4/2015 9:52:06 AM
Hidalgo County District Clerks
Reviewed By: Claudia Rodriguez

CAUSE NO.: C-1278-15-H

| | | |
|---|---|---|
| VIVIAN SAENZ | § | IN THE DISTRICT COURT |
| | § | |
| vs. | § | |
| | § | |
| ADIZJON RAZIKOV, Individually, | § | 389TH JUDICIAL DISTRICT |
| RYDER TRUCK RENTAL, INC., and | § | |
| ROADTEX TRANSPORTATION | § | |
| CORPORATION | § | HIDALGO COUNTY, TEXAS |

**DEFENDANT RYDER TRUCK RENTAL, INC.'S
ORIGINAL ANSWER TO PLAINTIFF'S ORIGINAL PETITION**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW **RYDER TRUCK RENTAL, INC.**, Defendant, in the above-entitled and numbered cause, and files this, its Original Answer to Plaintiff's Original Petition, and would show the Court the following:

**I.**

**GENERAL DENIAL**

Defendant Ryder Truck Rental, Inc., denies each and every, all and singular allegations contained in Plaintiff's Original Petition and demands strict proof thereof.

**II.**

**VERIFIED DENIAL**

Defendant denies that it is incorporated as alleged in Plaintiff's Original Petition. TRCP 52. Specifically, this Defendant denies that it is a corporation based in Texas, and organized under the laws of the State of Texas, and Defendant therefore hereby moves this Court to abate all claims asserted by Plaintiff against this Defendant in this cause until such time as Plaintiff has

TAB 8

Electronically Filed
5/4/2015 9:52:06 AM
Hidalgo County District Clerks
Reviewed By: Claudia Rodriguez

amended her pleadings to properly identify the proper entity. *See Verified Denial attached as Exhibit A and incorporated herein by reference.*

## III.

## DEMAND FOR JURY TRIAL

Defendant demands a trial by jury pursuant to TEX. R. CIV. P. 216 and tenders the jury fee.

## IV.

## PRAYER

WHEREFORE, PREMISES CONSIDERED Defendant RYDER TRUCK RENTAL, INC. prays that the claims asserted by Plaintiff against this Defendant be abated until such time as Plaintiff amends her pleading to identify the proper entity, that Plaintiff's Petition be dismissed at her costs; and for such other and further relief to which this Defendant may be entitled, either at law or in equity.

Respectfully submitted,

**SAENZMARTINEZ, PLLC**
1206 E. Van Buren Street
Brownsville, Texas 78520
(956) 621-7562
(956) 621-7563 (Fax)
carla@saenzmartinez.com


By: _____
CARLA SAENZ MARTINEZ
State Bar No.: 17514595

*Attorney for Defendant
Ryder Truck Rental, Inc.*

Electronically Filed
5/4/2015 9:52:06 AM
Hidalgo County District Clerks
Reviewed By: Claudia Rodriguez

## <u>CERTIFICATE OF SERVICE</u>

A copy of the above document was served on this __4th__ day of May, 2015, by delivering a copy of the above to the attorney for Plaintiff in accordance with Tex. R. Civ. P. 21a.

☑ Facsimile    ☑ E-Mail    ☐ First Class Mail    ☐ Hand-Delivery    ☐ CM-RRR

Mr. Toribio "Terry" Palacios
Ms. Audra Palacios Cruz
**GARCIA QUINTANILLA & PALACIOS**
5526 N. 10th Street
McAllen, TX 78504
Email: audra@gqplaw.com

*Attorneys for Plaintiff*

_____
CARLA SAENZ MARTINEZ

Electronically Filed
5/4/2015 9:13:04 AM
Hidalgo County District Clerks
Reviewed By: Claudia Rodriguez

CAUSE NO.: C-1278-15-H

| | | |
|---|---|---|
| VIVIAN SAENZ | § | IN THE DISTRICT COURT |
| | § | |
| vs. | § | |
| | § | |
| ADIZJON RAZIKOV, Individually, | § | 389TH JUDICIAL DISTRICT |
| RYDER TRUCK RENTAL, INC., and | § | |
| ROADTEX TRANSPORTATION | § | |
| CORPORATION | § | HIDALGO COUNTY, TEXAS |

**DEFENDANT RYDER TRUCK RENTAL, INC.'S
DEMAND FOR JURY TRIAL**

TO THE HONORABLE JUDGE OF SAID COURT:

Pursuant to Rule 216 of the Texas Rules of Civil Procedure and Section 51.604 of the

Government Code, Defendant **RYDER TRUCK RENTAL, INC.**, hereby makes this formal

application for a Jury Trial. A jury fee in the amount of THIRTY DOLLARS AND 00/100

($30.00) is being paid to the Hidalgo County District Clerk simultaneously with the filing of this

Demand.

Respectfully submitted,

**SAENZMARTINEZ, PLLC**
1206 E. Van Buren Street
Brownsville, Texas 78520
(956) 621-7562
(956) 621-7563 (Fax)
carla@saenzmartinez.com

By: _____
CARLA SAENZ MARTINEZ
State Bar No.: 17514595

*Attorney for Defendant
Ryder Truck Rental, Inc.*

*Defendant Ryder Truck Rental Inc.'s Demand for Jury Trial* | 1

TAB 9

Electronically Filed
5/4/2015 9:13:04 AM
Hidalgo County District Clerks
Reviewed By: Claudia Rodriguez

## <u>CERTIFICATE OF SERVICE</u>

A copy of the above document was served on this __4th__ day of May, 2015, by delivering a copy of the above to the attorney for Plaintiff in accordance with Tex. R. Civ. P. 21a.

☑ Facsimile   ☑ E-Mail   ☐ First Class Mail   ☐ Hand-Delivery   ☐ CM-RRR

Mr. Toribio "Terry" Palacios
Ms. Audra Palacios Cruz
**Garcia Quintanilla & Palacios**
5526 N. 10th Street
McAllen, TX 78504
Email: audra@gqplaw.com

*Attorneys for Plaintiff*

CARLA SAENZ MARTINEZ