IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| VIVIAN SAENZ | § § | |
| vs. | § § | CIVIL ACTION NO. 7:15-cv-00218 |
| ADIZJON RAZIKOV, Individually, RYDER TRUCK RENTAL, INC., and ROADTEX TRANSPORTATION CORPORATION | § § § § § | |

## AGREED MOTION TO DISMISS ALL CLAIMS PENDING AGAINST DEFENDANTS

**TO THE HONORABLE JUDGE OF SAID COURT:**

COME NOW, Plaintiff **VIVIAN SAENZ** ("Plaintiff") and Defendants **ADIZJON RAZIKOV, INDIVIDUALLY, RYDER TRUCK RENTAL, INC., AND ROADTEX TRANSPORTATION CORPORATION** ("Defendants") by and through their attorneys of record, and file this Agreed Motion to Dismiss All Claims Pending Against Defendants, with prejudice to re-filing, as follows:

I.

These parties note for the Court that all matters in controversy between them have been resolved and ask that the Court enter an Order of Dismissal of all claims pending against Defendants, with prejudice to re-filing, with costs of court to be taxed against the party incurring same.

WHEREFORE, Plaintiff, Vivian Saenz, and Defendants Adizjon Razikov, Individually, Ryder Truck Rental, Inc., and Roadtex Transportation Corporation request this Court grant this Motion.

Respectfully submitted,

**GUERRA LAW FIRM**

/s/ *Manuel Guerra, III*
MANUEL GUERRA, III
Texas Bar No. 00798226
Federal I.D. No. 22998
320 West Pecan
McAllen, Texas 78501
Tel. (956) 618-2557
Fax. (956) 618-1690

ATTORNEY FOR PLAINTIFF

**COLVIN, CHANEY, SAENZ & RODRIGUEZ, LLP**

/s/ *Carla Saenz Martinez*
CARLA SAENZ MARTINEZ
Attorney In Charge
Federal ID No. 7994
Texas State Bar No. 17514595
cm.saenzmartinez@rcclaw.com
NICONDRA CHARGOIS-ALLEN
Federal ID No. 872210
Texas State Bar No. 24031935
nc.allen@rcclaw.com
1201 E. Van Buren Street
Brownsville, Texas 78522
(956) 542-7441
(956) 541-2170 (Fax)

-AND-

ROBERT M. HANLON, JR.
Federal ID No. RH6823 (NJ)
State Bar Nos.: 049821992 (NJ); 2561165 (NY); 207899 (PA)
hhanlonjr@goldbergsegalla.com
**GOLDBERG SEGALLA**
902 Carnegie Center, Suite 100
Princeton, NJ 08540-6530
(609) 986-1240
(609) 986-1301 (Fax)

*Attorneys for Defendants*
*Adizjon Razikov and Ryder Truck Rental, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of August, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/EFC system, which automatically sends an electronic notification to CM/ECF participants.

Manuel Guerra, III
GUERRA LAW FIRM
320 W. Pecan Avenue
McAllen, TX 78501
(956) 618-1690 (Fax)

*Attorney for Plaintiff*

/s/ *Carla Saenz Martinez*
CARLA SAENZ MARTINEZ