United States District Court
Southern District of Texas
**ENTERED**
August 15, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| VIVIAN SAENZ, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 7:15-CV-218 |
| § | |
| RYDER TRUCK RENTAL, INC., *et al*, § | |
| § | |
| Defendants. § | |

## AGREED ORDER GRANTING AGREED MOTION TO DISMISS ALL CLAIMS PENDING AGAINST DEFENDANTS

CAME ON BEFORE THE COURT Plaintiff **VIVIAN SAENZ** and Defendants **ADIZJON RAZIKOV, INDIVIDUALLY, RYDER TRUCK RENTAL, INC., AND ROADTEX TRANSPORTATION CORPORATION** by and through their attorneys of record, and their Agreed Motion to Dismiss Claims Pending Against Defendants, with prejudice to re-filing, and the Court having reviewed the Motion is of the opinion that it should be GRANTED;

NOW, THEREFORE, IT IS ORDERED, ADJUDGED, and DECREED that all claims against Defendants Adizjon Razikov, Individually, Ryder Truck Rental, Inc., and Roadtex Transportation Corporation are **DISMISSED WITH PREJUDICE**, all costs taxed against the party incurring same.

SO ORDERED this 15th day of August, 2016, at McAllen, Texas.

_____
Randy Crane
United States District Judge